IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DEDRIC JAMAR DEAN, # 197053, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | CASE NO. 1:17-CV-688-WKW [WO] |
| KIRKE ADAMS, RONALD E. NELSON, and STEVEN T. MARSHALL, | ) ) ) ) | |
| Respondents. | ) | |

## **ORDER**

On January 11, 2018, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 23.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED, and that this action is DISMISSED without prejudice to allow the petitioner an opportunity to exhaust his available state court remedies.

A separate final judgment will be entered.

DONE this 3rd day of April, 2018.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE