IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

DEDRIC JAMAR DEAN,                  )
# 197053,                           )
                                    )
            Petitioner,             )
                                    )
    v.                              )        CASE NO.  1:17-CV-688-WKW
                                    )               [WO]
KIRKE ADAMS,                        )
RONALD E. NELSON, and               )
STEVEN T. MARSHALL,                 )
                                    )
            Respondents.            )

## FINAL JUDGMENT

In accordance with the prior proceedings, opinions, and orders of the court, it is the ORDER, JUDGMENT, and DECREE of the court that this action is DISMISSED without prejudice to allow the petitioner an opportunity to exhaust his available state court remedies.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 3rd day of April, 2018.

                        /s/ W. Keith Watkins
        CHIEF UNITED STATES DISTRICT JUDGE